AO 245 S (Rev. 10/93)(W.D.Tx. Rev.2.0) Sheet 1 Judgment in a Criminal Case

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**FILED**

**JUN 1 6 2000**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHRISTOPHER ANDRE VIALVA,

    Defendant.

Case Number    W-99-CR-070(1)
USAO Number    1999R04888

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, CHRISTOPHER ANDRE VIALVA, was represented by Stanley L. Schwieger and B. Dwight Goains.

The defendant was found guilty on Counts SS1, SS2, SS3, and SS4 by a jury verdict on June 13, 2000, after a plea of not guilty. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 USC 2119 & 2 | Carjacking | 06/21/99 | SS1 |
| 18 USC 1117 {18 USC 1111(a)(b)} | Conspiracy to Commit Murder | 06/20/99 | SS2 |
| 18 USC 1111(a)(b) 18 USC 2 | First Degree Murder on a Government Reservation Aiding and Abetting | 06/21/99 | SS3 |
| 18 USC 1111(a)(b) 18 USC 2 | First Degree Murder on a Government Reservation Aiding and Abetting | 06/21/99 | SS4 |

As pronounced on June 13, 2000, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $400.00, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court; P.O. Box 608; Waco, TX 76703-0608.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the _11_ day of June, 2000.

**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**

Defendant's SSN: 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
Defendant's Date of Birth: 05/10/80
Defendant's address: 2808 Kim Drive; Killeen, TX 76543

289

18-70007.854

Exhibit 1 - Page 1 of 3

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 2 - Imprisonment

Judgment--Page 2 of 3

Defendant: CHRISTOPHER ANDRE VIALVA
Case Number: W-99-CR-070(1)

## IMPRISONMENT

As to Count SS2, the defendant is sentenced to LIFE without the possibility of release.  As to Counts SS1, SS3, and SS4, the defendant is hereby committed to the custody of the U.S. Bureau of Prisons until exhaustion of the procedures for appeal of the judgment of conviction and review of the sentences.  Upon exhaustion of appeals, the sentence of DEATH will be implemented by the defendant being released from the custody of the U.S. Bureau of Prisons to the custody of the United States Marshals, who shall supervise the execution of the defendant in the manner prescribed by the laws of Texas.

The time, place and manner of execution are to be determined by the Attorney General, provided the time shall not be sooner than 61 days nor later than 90 days after the date of this judgment.  If an appeal is taken from this conviction and sentence, execution of the sentence shall be stayed pending futher order of this Court upon receipt of the mandate of the Court of Appeals.

The defendant is hereby committed to the custody of the Bureau of Prisons and shall be confined until the sentence of execution is carried out.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal
By _____
Deputy Marshal

18-70007.855

Exhibit 1 - Page 2 of 3

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet — Statement of Reasons

Judgment--Page 3 of 3

Defendant: CHRISTOPHER ANDRE VIALVA
Case Number:  W-99-CR-070(1)

## STATEMENT OF REASONS

The presentence investigation report is waived as to Count SS2.  The Court finds that there is information in the record sufficient to enable the meaningful exercise of sentencing authority pursuant to 18 U.S.C. 3553.

**Guideline Range Determined by the Court:**

Total Offense Level:                    43
Imprisonment Range:                  LIFE

The Government has waived any claim that the defendant be assessed a fine and that the defendant be ordered to pay restitution to the victims.

18-70007.856

Exhibit 1 - Page 3 of 3