Case 6:99-cr-00070-ADA   Document 683-2   Filed 09/01/20   Page 1 of 1

1 U.S. Op. Atty. Gen. 228 (U.S.A.G.), 1818 WL 440

United States Attorney General

DEATH-WARRANTS.

August 19, 1818.

The President will issue death-warrants in order to give effect to the laws in cases where they are necessary by the practice of the State in which the sentence is passed.

**1  To the SECRETARY OF STATE.

SIR:

I have received a letter from Judge Duvall, touching the mail-robbers sentenced to death at the spring circuit court at Baltimore. He says he has heard that the President neither intends to pardon them, nor to issue a warrant for their execution; and that this last determination is founded on the opinion that it was the duty of the court which passed the sentence to fix the day for the execution. But he says there is no law which gives the court such authority; and that the practice of the State of Maryland has been uniformly, and from time immemorial, otherwise. I believe he is right in saying that there is no law—that is, no positive act of Congress—which gives to the courts of the United States the express power of fixing the day. I find, on inquiry, that the courts of the United States have adopted, in this particular, the practice of the State courts in which they hold their sessions, and these are various: death-warrants from the governor being required in several of the States; and in others the courts fixing the day. It is certainly desirable that there should be a uniform rule to guide the conduct of the President in this respect. Such a rule, however, can be prescribed by Congress only; and there being none such yet prescribed, it seems to me that the President must, of necessity, to give effect to our laws, follow that which the courts have adopted: that is, issue warrants for execution in all cases where they are made necessary by the practice of the State in which the sentence is passed. Such is the case in the present instance, and the case has become one of great emergency; for the convicts, finding that they are not to be pardoned, have become desperate, and have once actually broken the prison and made their escape: but they have been retaken. They will, however, unquestionably attempt it again, and probably with more success, unless they should be guarded at an enormous expense to the United States. I submit to  *229  you, therefore, sir, the necessity of drawing the President's immediate attention to this subject; And have the honor to be, &c.,

WM. WIRT.

1 U.S. Op. Atty. Gen. 228 (U.S.A.G.), 1818 WL 440

**End of Document**                                                     © 2020 Thomson Reuters. No claim to original U.S. Government Works.