# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:99-CR-00070(1)-ADA |
| | § | |
| (1) CHRISTOPHER ANDRE VIALVA | § | |

## ORDER SETTING MOTION HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING BY ZOOM** on **Thursday, September 03, 2020 at 09:30 AM**. The Zoom link will be sent by e-mail.

IT IS SO ORDERED this 2nd day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE