# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:99-CR-00070(1,2)-ADA |
| | § | |
| (1) CHRISTOPHER ANDRE VIALVA | § | |
| (2) BRANDON BERNARD | § | |

## ORDER SETTING ZOOM HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ZOOM HEARING** on **Tuesday, September 08, 2020 at 09:30 AM**.  The link for the hearing will be sent by e-mail.


IT IS SO ORDERED this 4th day of September, 2020.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE